**Sergio SAMANO REYES; Susana Martinez Mojica, Petitioners,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 05–75154.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.\*

Filed Feb. 25, 2010.

Vincenta E. Montoya, Las Vegas, NV, for Petitioners.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

District Counsel, Office of the District Counsel, Department of Homeland Security, Las Vegas, NV, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, William C. Minick, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

MEMORANDUM **

Sergio Samano Reyes and Susana Martinez Mojica, spouses and natives and citizens of Mexico, petition for review the Board of Immigration Appeals' order affirming an immigration judge's ("IJ") decision to pretermit their applications for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Martinez–Garcia v. Ashcroft*, 366 F.3d 732, 733 (9th Cir.2004), and we deny the petition for review.

The agency properly deemed Petitioners' applications for cancellation of removal abandoned after they failed to file them by the deadline set by the IJ. *See* 8 C.F.R. § 1003.31(c) (authorizing IJs to set filing deadlines and stating that an application not filed by the deadline "shall be deemed waived"); *see also Matter of R–R–*, 20 I. & N. Dec. 547, 549 (BIA 1992) ("The Board has long held that applications for benefits under the Act are properly denied as aban-

doned when the alien fails to timely file them.").

**PETITION FOR REVIEW DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provid-ed by 9th Cir. R. 36–3.